Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail:rk_sslaw@speakeasy.net

Attorneys for Plaintiff PIO RODRIGUEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIO RODRIGUEZ, | ) Case No. 1:10-cv-1255 GSA |
| Plaintiff, | ) STIPULATION TO EXTEND TIME |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security. | ) |
| Defendant. | ) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including April 7, 2011, in which to file Plaintiff's opening brief.

///
///
///
///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: March 7, 2011         Respectfully submitted,

ROHLFING & KALAGIAN, LLP


      /s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Pio Rodriguez

DATE:  March 7, 2011

BENJAMIN B. WAGNER
United States Attorney


      /s/ *Kathryn R. Watson*
BY: _____
Kathryn R. Watson
Attorneys for defendant Michael Astrue
{By E-mail authorization}


**ORDER**

IT IS SO ORDERED.

Dated:  **March 8, 2011**          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE