BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
KATHRYN R. WATSON
Special Assistant United States Attorney
California Bar No. 244142
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: kathryn.watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PIO RODRIGUEZ, | Case No. 1:10-CV-01255-GSA |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment is hereby extended 30 days through July 3, 2011, and Plaintiff's deadline for her reply brief is extended until July 25, 2011, regardless of when Defendant files his response. This is Defendant's first request for an extension in this case.

///

///

///

///

///

1

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: June 6, 2011    */s/ Marc Kalagian*
(authorized by email)
MARC KALAGIAN
Attorney for Plaintiff

Dated June 6, 2011    BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Kathryn R. Watson*
KATHRYN R. WATSON
                    Special Assistant United States Attorney

## ORDER

The Court adopts the *amended* stipulation filed June 6, 2011.  Defendant's opposition SHALL now be filed on or before July 6, 2011.  Plaintiff's reply, if any, is due no later than July 25, 2011.  No further requests for extensions of time will be entertained.

IT IS SO ORDERED.

**Dated:   June 7, 2011**            **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE