1  Marc V. Kalagian
2  Attorney at Law: 149034
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail:rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff PIO RODRIGUEZ
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **EASTERN DISTRICT OF CALIFORNIA**

9

10 PIO RODRIGUEZ,                    ) Case No. 1:10-cv-1255 GSA
                                     )
11          Plaintiff,                ) STIPULATION EXTEND TIME
   v.                                )
12                                   )
   MICHAEL J. ASTRUE,                )
13 Commissioner of Social Security.  )
                                     )
14          Defendant.               )
15                                   )
   _____   )
16

17      TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

18 THE DISTRICT COURT:

19      IT IS HEREBY STIPULATED by and between the parties, through their

20 respective counsel, that Plaintiff shall have a 14 day extension of time, to and

21 including July 25, 2011, in which to file his reply.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: July 11, 2011          Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Pio Rodriguez


DATE:  July 11, 2011

BENJAMIN B. WAGNER
United States Attorney


/s/ *Kathryn R. Watson*\*

BY: _____
Kathryn R. Watson
Special Assistant United States Attorney
Attorneys for defendant Michael Astrue
|\*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

Dated:  **July 11, 2011**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE