Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Pio Rodriguez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PIO RODRIGUEZ,<br><br>            Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:10-cv-1255 GSA<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Pio Rodriguez be awarded attorney fees and expenses in the amount of THREE THOUSAND dollars ($3,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

1  After the Court issues an order for EAJA fees to Pio Rodriguez, the
2 government will consider the matter of Pio Rodriguez's assignment of EAJA fees
3 to Marc V. Kalagian.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253
4 (2010), the ability to honor the assignment will depend on whether the fees are
5 subject to any offset allowed under the United States Department of the Treasury's
6 Offset Program.  After the order for EAJA fees is entered, the government will
7 determine whether they are subject to any offset.
8  Fees shall be made payable to Pio Rodriguez, but if the Department of the
9 Treasury determines that Pio Rodriguez does not owe a federal debt, then the
10 government shall cause the payment of fees, expenses and costs to be made
11 directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment
12 executed by Pio Rodriguez.  Any payments made shall be delivered to Marc V.
13 Kalagian.
14  This stipulation constitutes a compromise settlement of Pio Rodriguez's
15 request for EAJA attorney fees, and does not constitute an admission of liability on
16 the part of Defendant under the EAJA.  Payment of the agreed amount shall
17 constitute a complete release from, and bar to, any and all claims that Pio
18 Rodriguez and/or Marc V. Kalagian including Law Offices of Rohlfing &
19 Kalagian, LLP may have relating to EAJA attorney fees in connection with this
20 action.
21  Marc V. Kalagian reserves the right to contend that any non-payment caused
22 by the collection of a federal debt owed by Pio Rodriguez violates 31 C.F.R. §
23 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in
24 this stipulation shall be construed as an admission by Marc V. Kalagian that the
25 Government has the right or authority to offset the fees due and payable pursuant
26 to this stipulation.

This award is without prejudice to the rights of Marc V. Kalagian and/or Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: April 5, 2012                     Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Pio Rodriguez

DATED: April 5, 2012

BENJAMIN B. WAGNER
United States Attorney


/s/ *Kathryn R. Watson*
_____
Kathryn R. Watson
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

IT IS SO ORDERED.

Dated:   **April 6, 2012**                        **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE